IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | | |
|---|---|---|
| NEIL H. F., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:21CV056 (RCY) |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER
**(Adopting Report and Recommendation of the Magistrate Judge)**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 23) is ACCEPTED AND ADOPTED;

2. Plaintiff's Objections are OVERRULED;

3. Plaintiff's Motion for Summary Judgment (ECF No. 17) is DENIED;

4. Defendant's Motion for Summary Judgment (ECF No. 20) is GRANTED;

5. The final decision of the Commissioner is AFFIRMED;

6. The Clerk is DIRECTED to CLOSE this matter.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and this Order to all counsel of record.

It is so ORDERED.

/s/ 
Roderick C. Young
United States District Judge

Richmond, Virginia
Date: May 2, 2022